February 2006     2006 USBC Central District of California

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

In re
**Mascarella, John Anthony**
                                                   Debtor(s).

CHAPTER: **7**

CASE NO.: **8:10-bk-26650**

# DEBTOR'S CERTIFICATION OF EMPLOYMENT INCOME
## PURSUANT TO 11 U.S.C. § 521(a)(1)(B)(iv)

Please fill out the following blank(s) and check the box next to one of the following statements:

I, **Mascarella, John Anthony** , the debtor in this case, declare under penalty
*(Print Name of Debtor)*
of perjury under the laws of the United States of America that:

[X] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

I_____ , the debtor in this case, declare under penalty
*(Print Name of Joint Debtor, if any)*
of perjury under the laws of the United States of America that:

[ ] I have attached to this certificate copies of my pay stubs, pay advices and/or other proof of employment income for the 60-day period prior to the date of the filing of my bankruptcy petition.
*(NOTE: the filer is responsible for blacking out the Social Security number on pay stubs prior to filing them.)*

[ ] I was self-employed for the entire 60-day period prior to the date of the filing of my bankruptcy petition, and received no payment from any other employer.

[ ] I was unemployed for the entire 60-day period prior to the date of the filing of my bankruptcy petition.

Date: **November 23, 2010**    Signature */s/ **John Anthony Mascarella***
                                                                                                      *Debtor*

Date: _____ Signature _____
                                                                                                  *Joint Debtor (if any)*

© 1993-2010 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

CITIZENS-DIRECT
500 S KRAEMER BLVD STE 201
BREA CA 92821

100 Payroll

| | |
|---|---|
| DATE | 10/29/2010 |
| CHECK NO. | 109 |

PAY TO THE ORDER OF  JOHN MASCARELLA
436 KIOLSTAD DR
PLACENTIA CA 92870

Total Net Direct Deposit(s)
**$902.20**
AMOUNT

VOID THIS IS NOT A CHECK .................................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
John Mascarella
436 Kiolstad Dr
Placentia, CA 92870

Soc Sec #: xxx-xx-3194   Employee ID: 4
Home Department: 100 Payroll

Pay Period: 10/16/10 to 10/31/10
Check Date: 10/29/10   Check #: 109

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 851.71 |
| Chkg 8259 | 902.20 | 36199.72 |
| NET PAY | 902.20 | 37051.43 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1250.00 | | 25000.00 |
| | Commission | | | | | 24755.39 |
| **EARNINGS** | | | | 1250.00 | | 49755.39 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 62.12 | 2821.41 |
| | Medicare | | 14.53 | 659.86 |
| | Fed Income Tax | S 9 No Withholding | | |
| | CA Income Tax | Exempt | | |
| | CA Disability | | 11.02 | 600.56 |
| | **TOTAL** | | 87.67 | 3981.83 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Advance | | | 2200.00 |
| | PX401 EEPRE | | | 2248.81 |
| | PX401 LN PMT | 12.01 | 1273.47 | 24.02 |
| | PXCMP EE PRE | 237.70 | | 4040.90 |
| | PXUME EE PRE | 10.42 | | 208.40 |
| | **TOTAL** | 260.13 | | 8722.13 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 902.20 | 37051.43 |

Payrolls by Paychex, Inc.

0080 0080-M302  Citizens-Direct • 500 S Kraemer Blvd Ste 201 • Brea CA 92821

CITIZENS-DIRECT
500 S KRAEMER BLVD STE 201
BREA CA 92821

DWAV-M302
100 Payroll

| DATE | CHECK NO. |
|---|---|
| 10/15/2010 | 106 |

PAY TO THE ORDER OF

JOHN MASCARELLA
436 KIOLSTAD DR
PLACENTIA CA 92870

Total Net Direct Deposit(s)
**$1841.42**
AMOUNT

VOID THIS IS NOT A CHECK .................... DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                                  FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
John Mascarella
436 Kiolstad Dr
Placentia, CA 92870

Soc Sec #: xxx-xx-3194    Employee ID: 4
Home Department: 100 Payroll

Pay Period: 10/01/10 to 10/15/10
Check Date: 10/15/10    Check #: 106

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 851.71 |
| Chkg 8259 | 1841.42 | 35297.52 |
| NET PAY | 1841.42 | 36149.23 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1250.00 | | 23750.00 |
| | Commission | | | 1029.27 | | 24755.39 |
| | EARNINGS | | | 2279.27 | | 48505.39 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 125.93 | 2759.29 |
| | Medicare | | 29.45 | 645.33 |
| | Fed Income Tax | S 9  No Withholding | | |
| | CA Income Tax | Exempt | | |
| | CA Disability | | 22.34 | 489.54 |
| | TOTAL | | 177.72 | 3894.16 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | BALANCE | YTD ($) |
|---|---|---|---|---|
| | Advance | | | 2200.00 |
| | PX401 EEPRE | | | 2248.81 |
| | PX401 LN PMT | 12.01 | 1285.48 | 12.01 |
| | PXCMP EE PRE | 237.70 | | 3803.20 |
| | PXUME EE PRE | 10.42 | | 197.98 |
| | TOTAL | 260.13 | | 8462.00 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1841.42 | 36149.23 |

Payrolls by Paychex, Inc.

0060 0060-M302  Citizens-Direct • 500 S Kraemer Blvd Ste 201 • Brea CA 92821

CITIZENS-DIRECT
500 S KRAEMER BLVD STE 201
BREA CA 92821

0080 0080-M302
09/30/2010 DATE
103 CHECK NO.

PAY TO THE ORDER OF

JOHN MASCARELLA
436 KIOLSTAD DR
PLACENTIA CA 92870

Total Net Direct Deposit(s)
**$914.21**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE — FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
John Mascarella
436 Kiolstad Dr
Placentia, CA 92870

Soc Sec #: xxx-xx-3194  Employee ID: 4
Home Department: 100 Payroll

Pay Period: 09/16/10 to 09/30/10
Check Date: 09/30/10   Check #: 103

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 851.71 |
| Chkg 8259 | 914.21 | 33456.10 |
| NET PAY | 914.21 | 34307.81 |

| EARNINGS | DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|---|
| | Regular | | | 1250.00 | | 22500.00 |
| | Commission | | | | | 23726.12 |
| | EARNINGS | | | 1250.00 | | 46226.12 |

| WITHHOLDINGS | DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|---|
| | Social Security | | 62.12 | 2633.36 |
| | Medicare | | 14.53 | 615.88 |
| | Fed Income Tax | S 9  No Withholding | | |
| | CA Income Tax | Exempt | | |
| | CA Disability | | 11.02 | 467.20 |
| | TOTAL | | 87.67 | 3716.44 |

| DEDUCTIONS | DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| | Advance | | 2200.00 |
| | PX401 EEPRE | | 2248.81 |
| | PXCMP EE PRE | 237.70 | 3565.50 |
| | PXUME EE PRE | 10.42 | 187.56 |
| | TOTAL | 248.12 | 8201.87 |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 914.21 | 34307.81 |

Payrolls by Paychex, Inc.

0080 0080-M302  Citizens-Direct • 500 S Kraemer Blvd Ste 201 • Brea CA 92821

CITIZENS-DIRECT
500 S KRAEMER BLVD STE 201
BREA CA 92821

| | | | |
|---|---|---|---|
| | 100 Payroll | 08/31/2010 | 95 |
| | | DATE | CHECK NO. |

PAY TO THE ORDER OF    JOHN MASCARELLA
436 KIOLSTAD DR
PLACENTIA CA 92870

Total Net Direct Deposit(s)
**$1577.94**
AMOUNT

VOID THIS IS NOT A CHECK .................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT, THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                             FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
John Mascarella
436 Kiolstad Dr
Placentia, CA 92870

Soc Sec #: xxx-xx-3194   Employee ID: 4
Home Department: 100 Payroll

Pay Period: 08/16/10 to 08/31/10
Check Date: 08/31/10   Check #: 95

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 851.71 |
| Chkg 8259 | 1577.94 | 30972.57 |
| **NET PAY** | **1577.94** | **31824.28** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1250.00 | | 20000.00 |
| Commission | | | 842.00 | | 22894.12 |
| EARNINGS | | | 2092.00 | | 42894.12 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 114.32 | 2457.54 |
| Medicare | | 26.74 | 574.76 |
| Fed Income Tax | S 9 | No Withholding | |
| CA Income Tax | Exempt | | |
| CA Disability | | 20.28 | 436.01 |
| **TOTAL** | | **161.34** | **3468.31** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | | 2200.00 |
| PX401 EEPRE | 104.60 | 2144.71 |
| PXCMP EE PRE | 237.70 | 3090.10 |
| PXUME EE PRE | 10.42 | 166.72 |
| **TOTAL** | **352.72** | **7601.53** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 1577.94 | 31824.28 |

Payrolls by Paychex, Inc.

0080 0080-M302  Citizens-Direct • 500 S Kraemer Blvd Ste 201 • Brea CA 92821

CITIZENS-DIRECT
500 S KRAEMER BLVD STE 201
BREA CA 92821

DATE 07/30/2010
CHECK NO. 90

PAY TO THE ORDER OF

JOHN MASCARELLA
436 KIOLSTAD DR
PLACENTIA CA 92870

Total Net Direct Deposit(s)
**$851.71**
AMOUNT

VOID THIS IS NOT A CHECK .................................................. DOLLARS

**NON-NEGOTIABLE**
AUTHORIZED SIGNATURE(S)

TO VERIFY AUTHENTICITY OF THIS DOCUMENT THE BACK CONTAINS HEAT SENSITIVE INK THAT CHANGES FROM BLUE TO CLEAR AND ALSO CONTAINS AN ARTIFICIAL WATERMARK WHICH CAN BE VIEWED WHEN HELD AT AN ANGLE

FOLD AND REMOVE                                                                                      FOLD AND REMOVE

**PERSONAL AND CHECK INFORMATION**
John Mascarella
436 Kiolstad Dr
Placentia, CA 92870

Soc Sec #: xxx-xx-3194   Employee ID: 4
Home Department: 100 Payroll

Pay Period: 07/16/10 to 07/31/10
Check Date: 07/30/10   Check #: 90

**NET PAY ALLOCATIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Check Amount | 0.00 | 851.71 |
| Chkg 8259 | 851.71 | 28542.92 |
| **NET PAY** | **851.71** | **29394.63** |

**EARNINGS**

| DESCRIPTION | HOURS | RATE | THIS PERIOD ($) | YTD HOURS | YTD ($) |
|---|---|---|---|---|---|
| Regular | | | 1250.00 | | 17500.00 |
| Commission | | | | | 22052.12 |
| **EARNINGS** | | | 1250.00 | | 39552.12 |

**WITHHOLDINGS**

| DESCRIPTION | FILING STATUS | THIS PERIOD ($) | YTD ($) |
|---|---|---|---|
| Social Security | | 62.12 | 2281.10 |
| Medicare | | 14.53 | 533.49 |
| Fed Income Tax | S 9  No Withholding | | |
| CA Income Tax | Exempt | | |
| CA Disability | | 11.02 | 404.71 |
| **TOTAL** | | **87.67** | **3219.30** |

**DEDUCTIONS**

| DESCRIPTION | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| Advance | | 2200.00 |
| PX401 EEPRE | 62.50 | 1977.61 |
| PXCMP EE PRE | 237.70 | 2614.70 |
| PXUME EE PRE | 10.42 | 145.88 |
| **TOTAL** | **310.62** | **6938.19** |

| NET PAY | THIS PERIOD ($) | YTD ($) |
|---|---|---|
| | 851.71 | 29394.63 |

Payrolls by Paychex, Inc.
0080 0080-M302  Citizens-Direct • 500 S Kraemer Blvd Ste 201 • Brea CA 92821